JACOB LESSER, Plaintiff, v. BENJAMIN COHEN, Defendant.*

Supreme Court, Rockland County, November 26, 1927.

**Trial — change of place of trial for convenience of witnesses denied.**

A motion to change the place of trial from the county of Rockland, a rural county, to the county of Kings, an urban county, on the ground of convenience of witnesses, is denied.

MOTION by defendant to change place of trial.

*Morton Lexow* [*Alton W. Teale* of counsel], for the plaintiff.

*Jacob I. Polstein*, for the defendant.

TAYLOR, J. The motion of the defendant to change the place of trial of this action from the county of Rockland to the county of Kings is denied. As bearing upon the attitude of our Appellate Division upon applications to change the place of trial from a rural county to an urban county, upon the ground of convenience of witnesses, examine *Anhalt* v. *Stein* (217 App. Div. 751); *Berman* v. *Winter* (218 id. 749); *Smith* v. *Mang-Houst Realty Corporation* (220 id. 730); *Denny* v. *Miller* (215 id. 832). Ten dollars costs of the motion is awarded to the plaintiff to abide the event.

Settle order on notice.